# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL SWISHER,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 71251

FILED

DEC 12 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

On August 8, 2016, the district court issued an oral ruling dismissing appellant's petition for writ of habeas corpus. On September 28, 2016, this court issued an order directing the district court to enter its written order. However, on November 4, 2016, the district court entered an order granting a motion to reconsider the postconviction petition for a writ of habeas corpus, indicating that the petition is not barred by the expiration of appellant's sentence while the petition was pending. This order is not a final appealable order pursuant to NRS 177.015(3). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

16-38355

cc: Hon. Elissa F. Cadish, District Judge
Law Offices of C. Conrad Claus
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk